JS-6

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GURU DENIM, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SIMON HALWANI, et al.,<br><br>Defendants. | CASE NO. 2:08-cv-02803-FMC-SSx<br><br>HON. FLORENCE-MARIE COOPER<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Plaintiff Guru Denim, Inc., is hereby awarded final judgment on its claims for relief against Defendant Joseph Barsano in the sum of $30,000, as the prevailing party in this action, pursuant to Rule 55(b) of the *Federal Rules of Civil Procedure* and under *Local Rule 55-1*. Under *Local Rule 55-3*, Plaintiff is awarded attorney's fees of $2,400. Plaintiff is further awarded costs, pursuant to the Copyright Act, 17 U.S.C. §504(c), to be determined by the Notice of Application to the Clerk to Tax Costs within fifteen (15) days after the entry of judgment. Furthermore, Defendant is permanently enjoined and restrained from the following activities and conduct: 1.) manufacturing, advertising, distributing, offering for

Case 2:08-cv-02803-FMC-SS   Document 18   Filed 02/26/09   Page 2 of 2   Page ID #:246

sale, selling, whether directly or indirectly, garments and other apparel of any kind bearing Plaintiff's Mark or names that are confusingly similar to the trademarks, tradenames, designs or logos of Plaintiff.  2.)  using Plaintiff's Mark or any copy, reproduction, or colorable imitation, or confusingly similar simulation of Plaintiff's Mark on or in connection with the promotion, advertising, distribution, manufacture or sale of Defendant's goods; 3.)  Furthermore,  Defendant is ordered to cancel, withdraw and recall all its promotions, advertisements and merchandise bearing Plaintiff's Mark or any confusingly similar simulation to Plaintiff's Mark, which have been published, placed or shipped by Defendant or under Defendant's authority, to any person, entity, or customer, including, without limitation, any publisher, agency, wholesaler, distributor, retailer, consignor or marketer, and also deliver to each publisher or customer a copy of this Court's order as it relates to said injunctive relief against Defendant.

**IT IS SO ORDERED:**

**Dated:  February 26, 2009**

By: _____
HON. FLORENCE-MARIE COOPER
U.S. DISTRICT JUDGE